UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARYL ALONZO ANDERSON, | ) | NO. CV 08-6462-RGK(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| TONY A. HEDGPETH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: October 3, 2008

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE